PLATON PAWLIUK, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Plaintiff sues to recover unpaid balances in total disability benefits under two industrial policies issued by defendant. Judgment and order of the City Court of Yonkers reversed on the law and the facts and a new trial ordered, costs to appellant to abide the event. The verdict is against the weight of the credible proof. The substantial evidence, consisting in large part of documents signed by the plaintiff with his mark, shows that the age of the plaintiff was fourteen years greater than that stated in the policy. (Campanaro v. Prudential Insurance Co. of America, 235 App. Div. 702, and cases cited.) Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

AGNES PETERSEN and Others, Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order reversed on stipulation, without costs, motion denied, and the amended complaint allowed to stand as stating three causes of action, all for malicious prosecution only. The defendant, respondent, may answer within twenty days from the entry of the order herein. Hagarty, Carswell, Scudder, Tompkins and Davis, JJ., concur.

DAISY T. REEVES and Another, Respondents, v. LONG ISLAND LIGHTING COMPANY, Appellant.— Judgment in favor of plaintiff Daisy T. Reeves for personal injuries suffered as a result of gas leaking into the plaintiffs' cellar, and in favor of James B. Reeves, her husband, for loss of his wife's services, entered upon the verdict of a jury, and order denying motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

OTTO E. F. RISCH, Respondent, v. VINCENT MIGLIACCIO, Appellant, and " MARY " MIGLIACCIO and Others, Defendants.—Appeal from order denying motion by defendant mortgagor to set aside referee's report of sale under a judgment of foreclosure made in March, 1929, the order confirming the report, and the deficiency judgment entered thereon. Order affirmed, with ten dollars costs and disbursements. There is no proof in the record as to the value of the mortgaged premises at the time of the foreclosure sale, and hence no basis for a determination of the equities. Hagarty, Carswell, Scudder, Tompkins and Davis, JJ., concur.

ERNEST HENRY RUHMAN, Appellant, v. MARY ELIZABETH DEMPSEY, Also Known as MAE E. KONECSNI and Others, Respondents.—Action to remove cloud on title. Judgment in favor of the defendants dismissing the complaint on the merits unanimously affi med, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.